UNITED STATES DISTRICT COURT

for the

DISTRICT OF NEW JERSEY

CASE NO.: 3:24-CV-01603-RK-JBD
Date Filed: 00/00/0000

## AFFIDAVIT OF SERVICE

**Just Vacations, Inc**

    Plaintiff/Petitioner,

vs.

**Isaac Labkovsky, et. al.**

    Defendant/Respondent.

_____/

STATE OF NEW JERSEY
COUNTY OF SOMERSET     ss.

I, **Christopher DiNicola**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action.

On **09/05/2024** at **02:40 PM**, I served the within **SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET, COMPLAINT FOR TRADEMARK INFRINGEMENT** on Isaac Labkovsky at **177 Sims Ave, Lakewood, NJ 08701** in the manner indicated below:

NAME: **Arina Labkovsky** TITLE/RELATION: **Wife of Isaac Labkovsky**

Description of person served:
**Sex: Female - Age: 30 - Skin: White - Hair: Brown - Height: 5'6" - Weight: 155lbs**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this ___ day of September, 2024
by an affiant who is personally known to me or produced identification.

NOTARY PUBLIC

Karen Swickle
NOTARY PUBLIC
State of New Jersey
ID # 50091984
My Commission Expires 10/11/2028

X_____
Christopher DiNicola - Process Server
J & K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1900
Atty File#: - Our File# **111801**

Case 3:24-cv-01603-RK-JBD   Document 4   Filed 03/06/24   Page 1 of 2 PageID: 15

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JUST VACATIONS INC.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

ISAAC LABKOVSKY, ET AL.,
*Defendant*

CASE NUMBER: **3:24-CV-01603-RK-JBD**

TO: *(Name and address of Defendant):*

**Isaac Labkovsky
1 Kitay Court
Jackson, New Jersey 08527**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Richard Gearhart, Esq.
Gearhart Law, LLC
41 River Road, Suite IA Summit, NJ 07901
Tel: 908-273-0700 | Fax: 908-273-0711
rgearhart@gearhartlaw.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT** _____



**ISSUED ON 2024-03-06 10:25:16**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 9/5/24 @ 2:40pm |
|---|---|
| NAME OF SERVER (PRINT) Christopher D. Nicola | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☒ Name of person with whom the summons and complaint were left: Arina Labkovsky wife of Isaac Labkovsky

☐ Returned unexecuted: _____ ; or

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-7-24
Date

Signature of Server

Address of Server: P.O. Box 88 Somerville